|   |   |   |
|---|---|---|
| 1 | | The Honorable Philip H. Brandt |
| 2 | | Chapter: 13 |
| | | Hearing: June 3, 2009 |
| | | 1:30 PM |
| 3 | | Location: Courtroom I, Union Station, |
| | | 1717 Pacific Ave. #2100, Tacoma, WA |
| 4 | | Response Date: May 27, 2009 |

Lisa McMahon-Myhran
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 676-9640

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re:

TERESA MARIE FELLER,

    Debtor

BANKRUPTCY NO. 08-45763-PHB

CHAPTER NO. 13

ORDER FOR ALLOWANCE AND FUTURE PAYMENT ON UNTIMELY FILED CLAIM(S)

TO:   CLERK OF THE U.S. BANKRUPTCY COURT,
       TERESA MARIE FELLER, Debtor,
       DALLAS W. JOLLEY, Attorney for Debtor,
       DAVID M. HOWE, Trustee and
       U.S. Trustee

THE COURT, having reviewed OneWest Bank FSB's Motion for Allowance and Future Payment on Untimely Claim, and being apprised of the facts and circumstances of this case, and finding that no objections or exceptions have been served or filed to OneWest Bank FSB's Motion for Allowance and Future Payment on Untimely Claim:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Secured creditor OneWest Bank FSB's untimely claim on the property located at 12410 182nd Ave E, Bonney

ORDER FOR ALLOWANCE AND FUTURE PAYMENT ON
UNTIMELY FILED CLAIM(S)
60184-0345-BK-1\Washington (Western).doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Lake, Washington 98391 shall be paid as if such claim were timely filed.

DONE this ____ day of _____, 2009.

_____
The Honorable Karen A. Overstreet

Presented by:

/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, 27559
ROBINSON TAIT, P.S.
Attorneys for OneWest Bank FSB
and its successors and assigns

ORDER FOR ALLOWANCE AND FUTURE PAYMENT ON
UNTIMELY FILED CLAIM(S)
60184-0345-BK-1\Washington (Western).doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Case 08-45763-PHB   Doc 35   Filed 05/28/09   Entered 05/28/09 14:07:19   Page 2 of 2